# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOLANDA HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT INC., *et al.*,<br><br>Defendants. | Case No. 08-05019-NLH-JS<br><br><br>**ORDER STAYING TRIAL COURT PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

AND NOW, this 7th day of May , 2009, the parties having stipulated to stay the proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation on the April 27, 2009 motion of defendants ChoicePoint Inc., ChoicePoint Services Inc., National Data Retrieval, Inc., and Superior Information Services, Inc., and related corporate entities Reed Elsevier Inc. and LexisNexis Risk & Information Analytics Group Inc., to transfer, coordinate and consolidate this action with nineteen other actions (the "Coordination Motion"), the Court ORDERS as follow:

This matter is stayed for a period of (90) ninety days pending a ruling by the Judicial Panel on Multidistrict Litigation on the Coordination Motion. No party shall initiate and no party need respond to discovery during the pendency of this stay. Defendants need not respond to plaintiff's Amended Complaint [Dkt. 33] and plaintiff need not oppose defendants' Motion to Compel [Dkt. 34] during the pendency of the stay. Counsel for Defendants shall advise the Court promptly of any decision on the Coordination Motion. The Court will then, if necessary, conduct a telephone conference with counsel to establish any schedules that may then be required for conduct of the case.

IT IS SO ORDERED.

Dated: May 7, 2009
At Camden, New Jersey

_Noel L. Hillman_
NOEL L. HILLMAN, U.S.D.J. , J.